# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WALTER W. PRICE AND MYSTERIE
PRICE, BOTH INDIVIDUALLY AND
ON BEHALF OF THE MINOR CHILD
F.P.

NO.   2019 CW 1214

VERSUS

DARRYL NORTH, EDWARD NORTH
MONICA NORTH, AND PATRICE
HOOKFIN

**JAN 0 6 2020**

---

In Re:   State Farm Fire and Casualty Company, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 520419.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**

> **VGW**
> **JMG**
> **WJB**

COURT OF APPEAL, FIRST CIRCUIT

signature

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.